ORIGINAL

FILED

04/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0127

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0127

STEVEN BRIAN LELAND,

Petitioner and Appellant,

v.

STATE OF MONTANA,
DEPARTMENT OF REVENUE,

Respondent and Appellee.

FILED

APR 08 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

In a March 22, 2022 Order, this Court granted self-represented Appellant Steven Brian Leland's Petition for an Out-of-Time Appeal and ordered that he file a Notice of Appeal on or before Tuesday, April 5, 2022.

Leland has not filed his Notice of Appeal with this Court by the required date. A notice of appeal begins the process for an appeal, giving notice to the opposing party as well as the Gallatin County District Court to submit its record within forty days. M. R. App. P. 4, 8, and 9. Therefore,

IT IS ORDERED that Leland prepare, file, and serve a Notice of Appeal with this Court on or before Tuesday, April 19, 2022. Failure to file this Notice of Appeal will result in dismissal of this appeal without further notice.

The Clerk of the Supreme Court will provide a copy of this Order to counsel of record and to Steven Brian Leland personally.

DATED this ⎰ day of April, 2022.

For the Court,

By _____
Chief Justice